# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:04CR00134-002, 003, 005 SWW

JOHN SHAHIN
IBRAHIM AHMAD HAMDAN
GEORGE KORBANE

### ORDER

Pending before the Court are government's motions to dismiss indictments against defendants John Shahin, Ibrahim Ahmad Hamdan and George Korbane, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED that the government's motions to dismiss indictments [doc #152, #153 & #154] against the above-named defendants be **granted**, and the indictments pending against defendants John Shahin, Ibrahim Ahmad Hamdan and George Korbane are **dismissed without prejudice**.

DATED this 30th day of November 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE